TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 699-8693
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Anne Erdman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anne Erdman,<br><br>                 Plaintiff,<br><br>     vs.<br><br>National Credit Systems, Inc.; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No.: 4:14-cv-02559-JR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Anne Erdman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


LEMBERG LAW, LLC

 _/s/ Trinette G. Kent_
TRINETTE G. KENT
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On April 8, 2015, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on April 8, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants National Credit Systems, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 8, 2015.

1
2                                              */s/ Trinette G. Kent*
3                                              TRINETTE G. KENT
                                               Attorney for Plaintiff
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4